FJN/EDP:AA
F. # 2024R00143

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT</u> |
| - against - | |
| MICHAEL KUILAN | (18 U.S.C. § 922(g)(1); 21 U.S.C. §§ 841(a)(1), § 841(b)(1)(C)) |
| Defendant. | Case No. 24-MJ-236 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

ALEX H. JOHNSON, being duly sworn, deposes and states that he is a Special Agent with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

On or about March 12, 2024, within the Eastern District of New York, the defendant MICHAEL KUILAN, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Cimarron Model 1911 .45 9mm caliber handgun.

(Title 18, United States Code, Section 922(g)(1))

On or about March 12, 2024, within the Eastern District of New York, the defendant MICHAEL KUILAN together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

(Title 18, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the DEA. I have held this position for two years. Accordingly, I am a "federal law enforcement officer" under Rule 41(a)(2)(C)—that is, a government agent engaged in enforcing the criminal laws. During my tenure in this position, I have been involved in the investigation of numerous cases involving narcotics trafficking. As a Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. On or about March 12, 2024, pursuant to a judicially authorized warrant, law enforcement agents entered and searched Apartment 5A of a Bedford Avenue residence in Brooklyn, New York ("the Bedford Apartment"). The Bedford Apartment has two bedrooms.

3. Law enforcement agents spoke with a family member of the defendant MICHAEL KUILAN who was inside the Bedford Apartment. The family member indicated that one of the bedrooms belonged to KUILAN. Law enforcement agents searched the room that belonged to KUILAN and found hundreds of baggies of suspected narcotics, a digital scale, identification documents for KUILAN, and a handgun and ammunition. The suspected narcotics and handgun are pictured below.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from records or other agents and witnesses. Where information from reports, interviews, or other agents or evidence is described in this affidavit, it is done so in sum and substance.

 

4.  Ballistics and narcotics testing by the New York City Police Department shows the following. The handgun is an operable Cimarron Model 1911 .45 caliber handgun (the "Seized Firearm"). Testing also shows that the ammunition recovered is a magazine with about three Sellier & Bellot .45 caliber bullets. Initial testing of a sample of the suspected narcotics shows that they are a substance containing fentanyl weighing at least 30 grams.

5.  Numerous government records show that the defendant MICHAEL KUILAN resides at the Bedford Address. Among other things, according to records from the U.S. Postal Service, "Micheal [sic] Kuilan" submitted a change of address on or about June 9, 2023, selecting the Bedford Address as his new residence. Further, according to New York Motor Vehicle records, KUILAN resides at the Bedford Address and drives a 2017 BMW SUV.

6.  Based on my review of the defendant MICHAEL KUILAN's criminal history, I understand that KUILAN has multiple prior felony convictions. On or about April 26,

2005, KUILAN was convicted of criminal possession of a controlled substance in Kings County Supreme Court, and KUILAN was sentenced to between two- and four-years' imprisonment. On or about February 11, 2002, KUILAN was convicted of criminal possession of a controlled substance in the third degree with intent to sell in Kings County Supreme Court, and KUILAN was sentenced to between three- and nine-years' imprisonment.

7.      Based on conversations with an interstate nexus expert of the Bureau of Alcohol, Tobacco and Firearms ("ATF"), I understand that the Seized Firearm was manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests an arrest warrant so that the defendant MICHAEL KUILAN may be dealt with according to law.

It is further requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant except that the undersigned will distribute copies of this charging document and any resulting arrest warrant to other law enforcement authorities as necessary to effectuate the defendant's arrest. Therefore, premature disclosure of the contents of this affidavit and other

documents will seriously jeopardize the investigation, including by giving the defendant an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

*Alex Johnson*
_____
ALEX H. JOHNSON
Special Agent
Drug Enforcement Administration

Sworn to before me by telephone this
<u>19</u>  day of March, 2024

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK